ACCEPTED
03-15-00038-CR
5007922
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 2:23:58 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00038-CR

**IN THE COURT OF APPEALS
FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/23/2015 2:23:58 PM

JEFFREY D. KYLE
Clerk

**ROY LESLIE CRAYTON,**
Appellant

**vs.**

**THE STATE OF TEXAS,**
Appellee

**Appeal from the County Court at Law
Cause No. M29921
Burnet County, Texas
The Honorable W. Randy Savage, Judge Presiding**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

**Gary E. Prust
State Bar No. 24056166
1607 Nueces Street
Austin, Texas  78701
(512) 469-0092
Fax:  (512) 469-9102
gary@prustlaw.com**

**ATTORNEY FOR APPELLANT**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF

Appellant, Roy Leslie Crayton, file this, his "First Motion for Extension of Time to File Brief," and in support thereof shows as follows.

I.

1.	Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2.	Appellant has not requested previously an extension of time within which to file his brief.

3.	Appellant's brief is due on April 24, 2015.

4.	Appellant's attorney had a very busy trial and appellate schedule during the months of March and April 2015. This has included authoring and filing two briefs in unrelated appeals in additional to numerous jury trial and other evidentiary settings.

5.	In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until June 24, 2015 to complete his brief.

6.	Accordingly, Appellants request that this Court allow him until June 24, 2015 to file his brief.

Respectfully submitted,

/s/ Gary E. Prust

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served upon Mr. Cody Henson, special prosecutor sitting by appointment, via electronic transmission to his email address at cody@hillcountrylegal.com in accordance Rule 9.5(b) of the Texas Rules of Appellate Procedure on this the 23rd day of April, 2015.

/s/ Gary E. Prust

Gary E. Prust


## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this brief contains 150 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface. In making this this certificate, I rely on the word count provided by the software use to prepare the document.

/s/ Gary E Prust

Gary E. Prust


## CERTIFICATE OF CONFERENCE

This is to confirm I conferred with Mr. Cody Henson in person regarding this motion. He has no opposition to this motion.

/s/ Gary E Prust

Gary E. Prust